UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 4:22-cv-10054-JLK

ELIEZER GRONDLAND, on behalf of
himself and all other similarly situated
consumers,

    Plaintiff(s),

v.

G.L.A. COLLECTION COMPANY
INCORPORATED

    Defendant.
_____/

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the Parties' Notice of Voluntary Dismissal With Prejudice Pursuant to Settlement Agreement (DE 10) filed October 2, 2022, in the above-styled case indicating that a settlement was reached between the parties. Accordingly, after a careful review of the record and the court being otherwise fully advised in the premises, it is

**ORDERED, ADJUDGED** and **DECREED** as follows:

1. The above-styled case is hereby **DISMISSED WITH PREJUDICE**. The Court retains jurisdiction to enforce the terms of the settlement.

2. All unresolved pending motions in this case are hereby **DENIED** as moot.

3. The **Pretrial Conference** previously set for **June 2, 2023** and the **Trial** previously set for **August 14, 2023** are hereby **CANCELED**.

4. The Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at the James Lawrence King Federal Justice Building and United States Courthouse, Miami, Florida, this 7th day of October, 2022.

_____
JAMES LAWRENCE KING
UNITED STATES DISTRICT JUDGE

cc:     All Counsel of Record